**FILED**
CLERK, U.S. DISTRICT COURT

**July 9, 2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUVEN UZUN,<br><br>         Plaintiff,<br><br>   v.<br><br>CITY OF SANTA MONICA, a Government Entity; OFFICER ARSENIO VALENZUELA; OFFICER EVAN RALEIGH; OFFICER RYAN KING; SERGEANT LEWIS GILMOUR; SERGEANT MICHAEL CHUN and DOES 1 through 10 inclusive,<br><br>         Defendants. | CASE NO.: 2:20-cv-05756 SB (MAA)<br><br>**JUDGMENT** |

    This Court having granted Defendants CITY OF SANTA MONICA, OFFICER ARSENIO VALENZUELA, OFFICER RYAN KING, OFFICER EVAN RALEIGH, SERGEANT LEWIS GILMOUR and SERGEANT MICHAEL CHUN's Motion for Summary Judgment by Order dated June 29, 2021,  IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants and against Plaintiff GUVEN UZUN.

DATED:  July 9, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1