UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUVEN UZUN,<br><br>　　　Plaintiff,<br><br>v.<br><br>CITY OF SANTA MONICA et al.,<br><br>　　　Defendants. | Case No. 2:20-cv-05756-SB-MAA<br><br>AMENDED FINAL JUDGMENT |

　　　For the reasons stated in the Court's June 29, 2021 order granting summary judgment, the Ninth Circuit's November 8, 2022 decision affirming that order in part and reversing in part, and the Court's separate order entered this day declining supplemental jurisdiction over Plaintiff's negligence claim, it is ORDERED and ADJUDGED that Plaintiff Dr. Guven Uzun shall take nothing on his federal claims and his state law battery claim against all Defendants, and those claims are DISMISSED on the merits with prejudice.  The Court declines to exercise supplemental jurisdiction over Plaintiff's state law negligence claim, and that claim is DISMISSED without prejudice.

　　　This is a final judgment.

Date: January 9, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge